JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GINGER MIKL,<br><br>    Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY;<br>and, DOES 1 through 10, inclusive,,<br><br>    Defendant. | Case No. 2:19-cv-03880-R (ASx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE** |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:19-cv-03880-R (ASx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each party shall bear her or its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: July 18, 2019

                                                       /s/ Gary Klausner
                                                    United States District Judge

LAW OFFICES
**MESERVE,
MUMPER &
HUGHES LLP**

170474.1

1

Case No. 2:19-cv-03880-R (ASx)
ORDER GRANTING STIPULATION TO DISMISS
ENTIRE ACTION WITH PREJUDICE